# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2018

*The Court of Appeals hereby passes the following order:*

## A18I0150.  RAYMOND WRIGHT, SR. et al. v. CITY OF GREENSBORO, GEORGIA.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED.  The Appellants may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The Appellants' motion to supplement the record is DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/12/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*